IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN WILLIAMS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 23-CV-2982** |
| | : | |
| **JAIME SORBER,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 10th day of May, 2024, upon consideration of Defendants Jaime Sorber, John E. Wetzel, and George M. Little's *motion to dismiss*, (ECF No. 25), and Plaintiff Shawn Williams's motion in opposition to Defendants' motion to dismiss, it is hereby **ORDERED.** for the reasons set forth in the Court's accompanying Memorandum. that:

1. The *motion to dismiss* (ECF No. 25) is **GRANTED**.

2. The *motion in opposition* (ECF No. 27) is **DENIED.**

3. The Amended Complaint (ECF No. 23) is **DISMISSED, with prejudice**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*